**LITTLE v. MATTHEWSON**

[340 N.C. 102 (1995)]

ciency of the evidence. Therefore, the case is remanded to the Court of Appeals for consideration of any other issues properly raised in defendant's appeal to that court.

REVERSED AND REMANDED.

———————

LIZZIE LITTLE v. GLENNIE M. MATTHEWSON, II, MATTHEWSON & DANIELS, P.A., AND GLENNIE M. MATTHEWSON, II, ADMINISTRATOR OF THE ESTATE OF JEANNE DANIELS MATTHEWSON

No. 278A94

(Filed 7 April 1995)

Appeal by defendants pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 114 N.C. App. 562, 442 S.E.2d 567 (1994), reversing a judgment entered 27 October 1992 by Fullwood, J., in Superior Court, Pitt County. Heard in the Supreme Court 15 March 1995.

*Jeffrey L. Miller for plaintiff-appellee.*

*Albert L. Willis for defendant-appellants.*

PER CURIAM.

AFFIRMED.